UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00090 |
| ) | JUDGE SHARP |
| JUAN MEJIA-MIRANDA [10] ) | |
| ALMA YOSANA RAMOS-LIZARDO [13] ) | |
| ) | |

**O R D E R**

Pending before the Court are Defendants' Motions to Set Change of Plea Hearing (Docket Nos. 176 and 181).

The motions are GRANTED and change of plea hearings are hereby scheduled for Thursday, September 16, 2013, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE