**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:13-00090** |
| | ) | **JUDGE SHARP** |
| **JUAN MEJIA-MIRANDA [10]** | ) | |
| **ALMA YOSANA RAMOS-LIZARDO [13]** | ) | |
| | ) | |

**O R D E R**

The plea hearings set for September 19, 2013, are hereby continued to Friday, September

20, 2013, at 10:30 a.m.

It is so ORDERED.


_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE