UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00090 |
| ) | JUDGE SHARP |
| JUAN MEJIA-MIRANDA [10] ) | |
| ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Plea Hearing (Docket No. 203) to which the Government does not oppose.

The motion is GRANTED and the plea hearing scheduled for September 20, 2013, is hereby continued to Wednesday, September 25, 2013, at 2:30 p.m.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE